# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Averitte, Clinton E. | USDC ND TX, Amarillo Division | 10/20/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. Magistrate Judge -- Full-Time | ☐ Nomination　　Date<br>☐ Initial　☑ Annual　☐ Final<br>5b. ☑ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

United States District Court, 205 S. E. 5th Avenue, Box 13246, Amarillo, TX 79101

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Family Farming (Averitte & Averitte). There is no distribution of income other than in the form of rents which are divided. (Contd. on VIII) |
| 2. | Immediate Past President and Vice-President | Boy Scouts of America - Golden Spread Council |
| 3. | Co-Executor | Estate #1 |
| 4. | Executor | Estate #2 |
| 5. | Manager | Averitte Farms LLC |
| 6. | Manager | Averitte Minerals LLC |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | Undated | Partnership exists based on a verbal agreement. Partnership consists only of immediate family members. The property interests are listed in Part VII 2-13 & 24. |
| 2. | 12/18/14 | Averitte Farms, LLC - Immediate family members (siblings). |
| 3. | 12/18/14 | Averitte Minerals, LLC - Immediate family members (siblings). |

| Name of Person Reporting | Date of Report |
|---|---|
| Averitte, Clinton E. | 10/19/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 1/15-12/15 | Hill's Hallmark Gift Store - Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Averitte, Clinton E. | 10/19/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Averitte, Clinton E. | 10/19/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. House #2, Lubbock County, TX | | None | M | W | | | | | |
| 2. Farm #1, Randall Co., TX | B | Rent | L | W | | | | | |
| 3. Mineral Int.-Randall County Farm #1 (See #2 above) | | None | J | W | | | | | |
| 4. Farm #1, Hill Co., TX | C | Rent | L | W | | | | | |
| 5. Mineral Int.-Hill County Farm #1 (See #4 above) | | None | J | W | | | | | |
| 6. Farm #1, Reeves Co., TX | A | Rent | J | W | | | | | |
| 7. Mineral Int.-Reeves Co., Farm #1 (See #6 above) | | None | L | W | | | | | |
| 8. Farm #2, Hill Co., TX | B | Rent | L | W | | | | | |
| 9. Mineral Int.-Hill County Farm #2 (See #8 above) | | None | J | W | | | | | |
| 10. Lot, Hillsboro, TX | A | Rent | J | W | | | | | |
| 11. Land, Whitney, Hill County, TX | | None | J | W | | | | | |
| 12. Minerals, Whitney, Hill Co., TX (See #11 above) | | None | J | W | | | | | |
| 13. Minteral Int.-no surface, Hill County, TX | | None | J | W | | | | | |
| 14. LPL Financial, American Funds Invest. Co. of America | B | Dividend | L | T | | | | | |
| 15. LPL Financial, American Funds Invest. Co. of America | B | Dividend | K | T | | | | | |
| 16. Amarillo National Bank-Amarillo, TX | A | Interest | N | T | | | | | |
| 17. Bank of America,-Amarillo, TX | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Amarillo Community Fed. Credit Union- Amarillo, TX | A | Interest | K | T | | | | | |
| 19. Farm #2, Randall Co., TX | B | Rent | M | W | | | | | |
| 20. Happy State Bank | A | Interest | M | T | | | | | |
| 21. Education Credit Union, Amarillo, TX | A | Interest | L | T | | | | | |
| 22. Mass Mutual Permanent Life | B | Dividend | L | T | | | | | |
| 23. New York Life Adjustable Insurance Policy | B | Dividend | K | T | | | | | |
| 24. Upton Co. Production | D | Royalty | M | W | | | | | |
| 25. - (No. 24 Cont'd.) Pioneer Natl. Resources, USA, Inc. | | | | | | | | | |
| 26. Wells Fargo Bank | A | Interest | K | T | | | | | |
| 27. Chase Bank | A | Interest | J | T | | | | | |
| 28. Riverbend Bank | A | Interest | M | T | | | | | |
| 29. Averitte Farms LLC (Shareholder) | | None | N | W | | | | | |
| 30. Averitte Minerals LLC (Shareholder) | | None | M | W | | | | | |
| 31. LPL Financial Rio Tinto PLC | A | Dividend | J | T | | | | | |
| 32. Annuity: Lincoln National Group | | | | | | | | | |
| 33. - AF Growth | | | J | T | | | | | |
| 34. - Del US Growth | | | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Averitte, Clinton E. | 10/19/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - LVIP Del So Aw | | | J | T | | | | | |
| 36. - AF Grwth-Inc | | | J | T | | | | | |
| 37. - LVIP SSgA 500 | | | J | T | | | | | |
| 38. - Del Smid Cp Gr | | | J | T | | | | | |
| 39. - NB MC Int Val | | | J | T | | | | | |
| 40. - AF Int'l | | | J | T | | | | | |
| 41. - LVIP Mon It Va | | | J | T | | | | | |
| 42. - LVIP SSgA Intl | | | J | T | | | | | |
| 43. - Del High Yield | | | J | T | | | | | |
| 44. - LVIP Del Bond | | | J | T | | | | | |
| 45. - LVIP Mny Mrkt | | | J | T | | | | | |
| 46. RBC Wealth Management Pioneer Natural Resources (X) | A | Dividend | K | T | Open | 04/14/15 | K | A | Estate of E. K. Averitte |
| 47. RBC Wealth Management Mutual Fund Putnam (X) | A | Dividend | J | T | Open | 04/14/15 | J | A | Estate of E. K. Averitte |
| 48. Estate #1 (Y) | A | Dividend | J | T | | | | | |
| 49. Estate #1 ICMA RC IRA (Y) | A | Dividend | J | T | | | | | |
| 50. Estate #2 | G | Royalty | P1 | W | | | | | |
| 51. Estate #2: Home, Ft. Worth, TX (Y) | | None | M | W | Sold | 05/14/15 | M | A | Hector Ruiz |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Averitte, Clinton E. | 10/19/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Estate #2: Farm #1, Hill Co., TX (Y) | D | Rent | N | W | | | | | |
| 53. Estate #2: Farm #2, Hill Co., TX (Y) | D | Rent | N | W | | | | | |
| 54. Estate #2: Farm, Randall Co., TX (Y) | C | Rent | M | W | | | | | |
| 55. Estate #2: Farm, Reeves Co., TX (Y) | A | Rent | M | W | | | | | |
| 56. Estate #2: Lots, HIllsboro, TX (Y) | B | Rent | K | W | | | | | |
| 57. Estate #2: Land, Whitney, Hill Co., TX (Y) | | None | K | W | | | | | |
| 58. Estate #2: Tarrant Co. & Hill Co., TX; Cemetery Lots (Y) | | None | J | W | | | | | |
| 59. Estate #2: Non-Producing Mineral Interest, Hill Co., TX (Y) | | None | J | W | | | | | |
| 60. Estate #2: Non-Producing Mineral Int., Limestone Co., TX (Y) | | None | J | W | | | | | |
| 61. Estate #2: Producing Minerals, Upton Co., TX (Y) | G | Royalty | P1 | W | | | | | |
| 62. Estate #2: Riverbend Bank (Y) | A | Int./Div. | M | T | | | | | |
| 63. Estate #2: Amarillo National Bank | | None | N | T | | | | | |
| 64. Estate #2: Education Credit Union (Y) | A | Interest | M | T | | | | | |
| 65. Estate #2: LPL Financial Mutual Fund (Y) | B | Dividend | J | T | | | | | |
| 66. Estate #2: RBC Wealth Mgmt; Pioneer Natural Resources (Y) | B | Dividend | K | T | Distributed | | K | A | Clinton E. Averitte |
| 67. Estate #2: RBC Wealth Mgmt Mutual Fund, Putnam Growth Opport. (Y) | A | Dividend | J | T | Distributed | | J | A | Clinton E. Averitte |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Averitte, Clinton E. | 10/19/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII:

1. Both Estate #1 and Estate #2 came into legal existence and were admitted to Probate on June 17, 2013 and both Estates were open during 2015.

2. All assets in Estate #1 were distributed to the beneficiaries of the Estate during 2015.

3. All assets listed in No. 48-62 and 64-67 for Estate No. 2 were distributed to the beneficiaries of the Estate during 2015.

4. Averitte Farms LLC and Averitte Minerals LLC are both family corporations that are 100% owned by four persons, myself and three siblings.

5. Assets listed in lines 32-45 are assets held in the Lincoln National Annuity (Line 32). Income amounts for those assets is not available.

| Name of Person Reporting | Date of Report |
|---|---|
| Averitte, Clinton E. | 10/19/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Clinton E. Averitte**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544